UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGHAN RIDDELL and JONATHAN RIDDELL,<br><br>Plaintiffs,<br><br>v.<br><br>SB&C, LTD a/k/a SKAGIT BONDED COLLECTORS, LLC,<br><br>Defendant. | CASE NO. 21-CV-01134-LK<br><br>MINUTE ORDER GRANTING IN PART STIPULATED MOTION TO SET BRIEFING SCHEDULE |

The Clerk issues the following Minute Order by the authority of the Honorable Lauren King, United States District Judge.

The Court GRANTS IN PART the parties' Stipulated Motion to Set Briefing Schedule and Page Limits on Cross-Motions for Summary Judgment. Dkt. No. 20. As the parties emphasize in their motion, Defendant's consolidated briefing "actually reduces the amount of pages that would be filed if each side filed separate summary judgment papers." *Id.* at 1. Consistent with Local Civil Rule 7(e)(3), then, Defendant shall not dedicate more than 24 pages of its 30-page brief to responding to Plaintiffs' motion for summary judgment, and Plaintiffs' Reply to Defendant's Cross-Motion for Summary Judgment shall not exceed 12 pages.

The Court accordingly sets the following briefing schedule and page limits:

- March 11, 2022: Combined Defendant's Reply on Defendant's Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment (30-page limit); and
- March 18, 2022: Plaintiffs' Reply to Defendant's Cross-Motion for Summary Judgment (12-page limit).

The Court resets March 18, 2022 as the noting date for these motions.

Dated this 22nd day of February, 2022.

                                        RAVI SUBRAMANIAN
                                        Clerk

                                        */s/Natalie Wood*
                                        Deputy Clerk